IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EVA F. PHILLIPS, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | 3:08-CV-2008-N |
| ) | |
| US. POSTAL SERVICE, ) | |
|     Defendant. ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS, THEREFORE, ORDERED that Plaintiff's motions for the appointment of counsel is DENIED and that Plaintiff's motion to proceed *in forma pauperis* is DENIED and this action will be dismissed unless Plaintiff tenders the $350.00 filing fee to the District Clerk within ten (10) days of the filing of this order.

SO ORDERED.

Signed January 20, 2009.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE